# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

AXEL APONTE-GARCIA

CASE NO. 3:15-cr-00660-1(FAB)

USM # 46322-069

## JUDGMENT OF DISMISSAL

Defendant AXEL APONTE-GARCIA has been charged with the offense(s) of:

Count 1: Conspiracy to defraud the United States (18:371);
Count 2: Theft of government funds (18:641 and 2);
Count 3: Conspiracy to commit wire fraud (18:1343 and 1349);
Counts 4-11: Fraud by wire (18:1343 and 2);
Counts 12 - 15: Fraud with identification documents (18:1028A(a)(1) and 2).

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] The Court has granted the motion of the government for dismissal with prejudice,          , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice,       for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on November 6, 2017.

S/ Francisco A. Besosa
United States District Judge